IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40250
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS GALDAMEZ,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L:95-CR-238-1
- - - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Carlos Galdamez appeals his guilty-plea conviction for illegal entry after deportation in violation of 8 U.S.C. § 1326(b)(2). He contends that the factual basis was inadequate to sustain his guilty plea as to the element of lack of Attorney General consent for readmission. Our review of the record, arguments, and authorities convinces us that there was no error, plain or otherwise. See United States v. Ulloa, 94 F.3d 949, 955 (5th Cir. 1996).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.